1    BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*To Be Admitted Pro Hac Vice*)
2    eryan@bffb.com
Patricia N. Syverson (203111)
3    psyverson@bffb.com
2325 E. Camelback Road, #300
4    Phoenix, AZ  85016
Telephone:  (602) 274-1100
5    Facsimile:  (602) 274-1199

6    BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*To Be Admitted Pro Hac Vice*)
7    sweltman@boodlaw.com
Max A. Stein (*To Be Admitted Pro Hac Vice*)
8    mstein@boodlaw.com
353 North Clark St, Suite 1800,
9    Chicago, Illinois 60654
Telephone:  (312) 938-1670

10

11    GOLDMAN SCARLATO KARON & PENNY P.C.
Brian D. Penny (*To Be Admitted Pro Hac Vice*)
penny@gskplaw.com
12    Laura K. Mummert (*To Be Admitted Pro Hac Vice*)
mummert@gskplaw.com
13    101 East Lancaster Ave., Suite 204
Wayne, Pennsylvania 19087
14    Telephone: (484) 342-0700

15    *Additional Attorneys Appear on Signature Page*

16    *Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA CORBETT, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>        Defendant. | Case No.:  2:15-cv-6017-ODW-FFM<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S AMENDED NOTICE OF RELATED CASE [L.R. 83-1.3]** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the issues, claims and parties involved in this lawsuit are related to the following previously filed action in the Central District of California: *Bradach v. Pharmavite, LLC*, Case No. 2:14-cv-03218-GHK-AGR (C.D. Cal.), originally filed on April 25, 2014 ("*Bradach*").

Civil Local Rule 83-1.3 provides that a Notice of Related Case shall be filed where an action filed in the Central District is related to a previously filed or currently pending action in the Central District. An action is "related" for the purposes of this rule where the cases: (a) arise from the same or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges. L.R. 83-1-3.1(a)-(c).

The *Bradach* action involved substantially identical factual allegations and contained identical causes of action as does this action. Specifically, both cases are brought by the same plaintiffs' counsel and allege that consumers were deceived as a result of representations on defendant's Vitamin E products, specifically that Pharmavite represents that the Products "help[] maintain a healthy heart." Both complaints allege the same causes of action under California's Unfair Competition Law ("UCL"), and the Consumers Legal Remedies Act ("CLRA"), and seek similar monetary and injunctive relief. And, the defendant – Pharmavite, LLC – is the same in both cases. Plaintiff believes the same defense counsel will represent Pharmavite in this action as did in the *Bradach* action.

Because these actions have nearly identical factual allegations, involve the same Vitamin E products, allege the same injury, are against the same defendant, and involve overlapping legal issues, they are related under Local Rule 83-1.3. Assigning this case to Chief Judge King – the same judge assigned to the *Bradach* action – would promote judicial economy, since nearly identical factual and legal issues are

at issue in both actions. Virtually identical motions are likely to be filed in this action so having them heard by the same judge would avoid substantial duplication of labor.

For the above reasons, Plaintiff Corbett respectfully requests that the instant action be designated as related to *Bradach* and be transferred Judge King.

Dated: August 10, 2015

BONNETT, FAIRBOURN, FRIEDMAN
    & BALINT, P.C.

 /s/ Patricia N. Syverson
Patricia N. Syverson (203111)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
psyverson@bffb.com
Telephone: (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
mmuecke@bffb.com

BOODELL & DOMANSKIS, LLC
Stewart M. Weltman (*To Be Admitted Pro Hac Vice*)
Max A. Stein (*To Be Admitted Pro Hac Vice*)
353 North Clark St, Suite 1800
Chicago, Illinois 60654
sweltman@boodlaw.com
Telephone:   (312) 938-1670

JOHNSON & JOHNSON LLP
Jordanna Thigpen (232642)
jthigpen@jjllplaw.com
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
Tel (310) 975-1080
Fax (310) 975-1095

NYE, PEABODY, STIRLING, HALE & MILLER, LLP
Jonathan D. Miller (SBN 220848)
jonathan@nps-law.com
Alison M. Bernal (SBN 264629)
alison@nps.com

- 2 -

33 West Mission Street, Suite 201
Santa Barbara, California 93101
Telephone: (805) 963-2345

GOLDMAN SCARLATO KARON & PENNY P.C.
Brian D. Penny (*To Be Admitted Pro Hac Vice*)
penny@gskplaw.com
Laura K. Mummert (*To Be Admitted Pro Hac Vice*)
mummert@gskplaw.com
101 East Lancaster Ave., Suite 204
Wayne, Pennsylvania 19087
Telephone: (484) 342-0700

LEVIN FISHBEIN SEDRAN & BERMAN
Howard J. Sedran *(To Be Admitted Pro Hac Vice)*
510 Walnut Street
Philadelphia, Pennsylvania 19106
hsedran@lfsblaw.com
Telephone: (215) 592-1500

Attorneys for Plaintiff
*LAURA CORBETT, On Behalf of Herself and All Others Similarly Situated*

- 3 -

# **CERTIFICATE OF SERVICE**

I, Patricia N. Syverson, hereby certify that on August 10, 2015, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel registered to receive such notice and I hereby certify that I have mailed the foregoing documents via the United States Postal Service to non-CM/ECF participants.

/s/*Patricia N. Syverson*
Patricia N. Syverson
BONNETT FAIRBOURN FRIEDMAN & BALINT
2325 E Camelback Road, Ste. 300
Phoenix, AZ 85016
(602) 274-1100
psyverson@bffb.com