E-FILED — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3218-GHK (AGRx); **CV 15-6017-GHK (AGRx)** | Date | September 25, 2015 |
|---|---|---|---|
| Title | *Noah Bradach v. Pharmavite LLC*; *Laura Corbett v. Pharmavite LLC* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | Koni Chong | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:** **(In Chambers) Order re:** Joint Status Reports

We have reviewed the September 16, 2015 Joint Status Reports submitted by the Parties in the above-captioned actions. Pursuant to these Reports and the Parties' stipulations therein, we rule as follows:

1. *Laura Corbett v. Pharmavite LLC* (CV 15-6017-GHK (AGRx)) is **DISMISSED without prejudice**.

2. By no later than October 9, 2015, Plaintiff Noah Bradach ("Plaintiff Bradach") **SHALL** file a Third Consolidated Amended Complaint in *Noah Bradach v. Pharmavite LLC* (CV 14-3218-GHK (AGRx)) that adds Laura Corbett ("Plaintiff Corbett") as a named plaintiff. The Third Consolidated Amended Complaint shall also incorporate the minor modifications specified in the Parties' September 16, 2015 Joint Status Reports.

3. By no later than October 23, 2015, Defendant Pharmavite LLC ("Defendant") may file an answer to the Third Consolidated Amended Complaint in *Noah Bradach v. Pharmavite LLC* (CV 14-3218-GHK (AGRx)). If Defendant does not file an answer to the Third Consolidated Amended Complaint, Defendant shall be deemed to stand on its answer to the Second Consolidated Amended Complaint.

4. By no later than November 9, 2015, the Parties **SHALL** complete any necessary discovery relating to Plaintiff Corbett.

5. By no later than October 26, 2015, the Parties **SHALL** meet and confer in person regarding Defendant's anticipated Rule 12(c) Motion for Judgment on the Pleadings re: Preemption. By no later than November 9, 2015, Defendant **SHALL** file any such Rule 12(c) Motion, noticed for hearing thereafter regularly under the Local Rules.

6. All other scheduling dates **SHALL** be stayed pending further order of the Court.

E-FILED — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3218-GHK (AGRx);<br>**CV 15-6017-GHK (AGRx)** | Date | September 25, 2015 |
|---|---|---|---|
| Title | *Noah Bradach v. Pharmavite LLC*;<br>*Laura Corbett v. Pharmavite LLC* | | |

**IT IS SO ORDERED.**

                                                                                                                             -- : --

                                        Initials of Deputy Clerk      Bea